**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00581-EWN-MJW

UNITED STATES OF AMERICA, *ex rel.*
ROBERT G. BABB II,

Plaintiff,

v.

NORTHROP GRUMMAN CORPORATION, and
NORTHROP GRUMMAN MISSION SYSTEMS, INC.,

Defendants.

**FILED UNDER SEAL**

**ORDER GRANTING APPLICATION FOR
PARTIAL LIFTING OF THE SEAL**

The Court, after considering the United States' application for partial lifting of the seal in this matter to discuss the existence and contents of the complaint, is of the opinion that the requested relief will expedite and facilitate the investigation into the allegations and is in the best interests of justice. Therefore, the seal in this matter is lifted to the extent that the United States may inform the Defendant about the existence of the complaint and, at its discretion, may provide the Defendant a copy of the complaint.

Dated this 20th of September 2006,

                                                    s/ Edward W. Nottingham
                                                    EDWARD W. NOTTINGHAM
                                                    UNITED STATES DISTRICT JUDGE