IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00581–EWN–MJW

UNITED STATES *ex rel.*
ROBERT G. BABB II,

    Plaintiff, and

BRINGING THIS ACTION ON BEHALF OF
THE UNITED STATES OF AMERICA,

    Plaintiffs,

v.

NORTHROP GRUMMAN CORPORATION, and
NORTHROP GRUMMAN MISSION SYSTEMS, INC.,

    Defendants.

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action shall likewise be unsealed and made public;

3. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C.

§ 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

      4.  all orders of this Court shall be sent to the United States; and

      5.  should the relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

      IT IS SO ORDERED.

      Dated this 18th day of December, 2006.


                                  s/ Edward W. Nottingham
                                  United States District Judge