IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00581-EWN-MJW

ROBERT G. BABB, II, et al.,

Plaintiff(s),

v.

NORTHROP GRUMMAN CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to File Second Amended Complaint (docet no. 39) is DENIED WITHOUT PREJUDICE for failing to comply with D.C.COLO.LCivR 7.1 A.

Date: March 14, 2007