IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00581-EWN-MJW

ROBERT G. BABB, II, et al.,

Plaintiff(s),

v.

NORTHROP GRUMMAN CORPORATION, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Relator's Resubmitted Motion to File Second Amended Complaint (docket no. 42) is GRANTED pursuant to Fed. R. Civ. P. 15 (a) and finding no objection by Defendants. The Second Amended Complaint is accepted for filing today.

Date: March 16, 2007