IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00581-EWN-MJW

ROBERT G. BABB, II, et al.,

Plaintiffs,

v.

NORTHROP GRUMMAN CORPORATION, et al.,

Defendants.

---

MINUTE ORDER

---

It is hereby ORDERED that Defendants' Unopposed Motion to Withdraw Defendants' Motion to Compel a Proper Computation of Damages (Docket No. 59) is granted, and thus Docket No. 58 is deemed withdrawn.

Date: May 23, 2007