# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-00581-EWN-MJW           FTR

**Date:**  June 19, 2007                            Shelley Moore, Deputy Clerk

ROBERT G. BABB, II,                                 John F. Murphy
                                                    Kurt J. Bohn (for the Government)
        Relator(s),

v.

NORTHROP GRUMMAN CORPORATION,                       Gail D. Zirkelbach
                                                    Christopher W. Myers
        Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**SHOW CAUSE HEARING / STATUS CONFERENCE**

**Court in Session 8:28 a.m.**

Court calls case.  Appearances of counsel.

8:30 a.m.      Mr. Murphy makes statements regarding his failure to appear on June 8, 2007, and then presents argument on the Motion for Attorney Fees (DN 68).

8:33 a.m.      Ms. Zirkelbach presents responsive argument on behalf of defendant.

The Government has no position on this matter.

8:34 a.m.      Mr. Murphy presents rebuttal argument.

**ORDERED:**   The order to show cause is VACATED.

**ORDERED:**   The Motion for Attorney Fees (DN 68) is DENIED.

The parties are instructed to check their spam filters on their e-mail service providers to insure that the messages from the Court are not obstructed.

8:43 a.m.      Mr. Bohn states that the United States has concerns regarding classification issues in the case.  He also addresses procedure for discovery requested of the government.

8:46 a.m.      Mr. Murphy presents an oral update on the status of discovery.

| | |
|---|---|
| 8:48 a.m. | Ms. Zirkelbach presents an oral update on the same.  She states that there are some documents which have been redacted and e-mail messages that may not include the attachments to the messages. |
| **ORDERED:** | Defendant shall Bates stamp discovery provided by Relator thus far.  Defendant send to Relator and the Government the range of Bates stamp numbers used on those documents.  Relator shall Bates stamp future discovery produced to Defendant. |

The Court notes that Mr. Murphy is not requesting a copy of the discovery with Bates stamps.

| | |
|---|---|
| **ORDERED:** | Counsel are to meet and confer regarding any potential e-mail message attachments, which Mr. Murphy has agreed to produce. |
| **ORDERED:** | Defendant is granted leave to move for any redactions which they think are necessary.  Counsel shall file any necessary privilege log. |
| **ORDERED:** | On or before June 29, 2007, Relator shall a response to Defendant's Motion to Compel (DN 60). |
| **ORDERED:** | Deposition exhibits shall be numbered consecutively, regardless of the party producing the exhibit.  Counsel shall meet and confer to efficiently schedule depositions in the same geographic location. |
| **ORDERED:** | The parties shall serve the Government copies of all discovery and related correspondence. |
| **ORDERED:** | Since it appears that a settlement conference would be premature at this time, a **Telephone Status Conference** is set **July 31, 2007, at 9:00 a.m.** (Denver time).  Relator's counsel shall initiate the conference call to opposing counsel and then to the court at (303) 844-2403 on that date and time.  The Court will inquire as to the status of discovery, including classification issues, and the need to set a settlement conference. |

**Court in recess 9:19 a.m.**
Total In-Court Time 0:51, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.