IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00581-EWN-MJW

ROBERT G. BABB, II, et al.,

Plaintiffs,

v.

NORTHROP GRUMMAN CORPORATION, et al.,

Defendants.

## MINUTE ORDER

    It is hereby ORDERED that Defendants' Unopposed Motion for Protective Order (docket no. 77) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 6 and made an Order of Court.

Date: July 9, 2007