IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00581-EWN-MJW

ROBERT G. BABB, II, et al.,

Plaintiffs,

v.

NORTHROP GRUMMAN CORPORATION, et al.,

Defendants.

MINUTE ORDER

     It is hereby ORDERED that Defendants' Re-Filed Motion to Compel a Proper Computation of Damages (docket no. 60) is GRANTED.  Relator Babb, II has failed to file any timely response to the subject motion and this court deems the motion confessed. See docket no. 71 which gave Relator until June 29, 2007 to respond to the subject motion.   Moreover, this court finds that Relator has not provided Defendants with a proper computation of damages and has violated the requirements of Fed. R. Civ. P. 26(a)(1)(C).

     It is FURTHER ORDERED that Relator shall provide to Defendants an itemized computation of damages on or before July 24, 2007 as required under Fed. R. Civ. P. 26(a)(1)(C).

     It is FURTHER ORDERED that Defendants are awarded reasonable expenses against Relator which shall include reasonable and necessary attorney fees and costs for having to bring this motion pursuant to Fed. R. Civ. P. 37(b)(2). That the parties are to forthwith meet and confer to see if they can agree upon the amount of reasonable expenses. If the parties can agree, then the parties shall file their written stipulation of reasonable expenses with the court on or before July 24, 2007.  If the parties cannot agree then the Defendants shall have fifteen (15) days from the date of this Order to file their itemized affidavit of expenses.  Relator will have an additional fifteen (15) days to respond to Defendants' itemized affidavit of expenses.  If a response is filed, then Defendants shall have an additional ten (10) days to file a reply to the response.

Date: July 10, 2007