## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

United States, *ex rel.*
**ROBERT G. BABB, II**, and
bringing this action on behalf of
**THE UNITED STATES OF AMERICA**
    **Plaintiffs**

v.                        **Civil Action No.:** 06-cv-00581-EWN-MJW

**NORTHROP GRUMMAN CORPORATION**, and
**NORTHROP GRUMMAN SPACE AND
MISSION SYSTEMS CORPORATION**
    **Defendants**

---

## ORDER
### (DN 114)

---

THIS MATTER comes before the Court on Northrop Grumman Corporation, Northrop Grumman Space and Mission Systems Corporation, Relator Robert G. Babb II, and the United States' Joint Motion For Clarification of the Court's August 21, 2007 Minute Order.

The Court, being fully advised on this matter, hereby ORDERS all proceedings, except those directly related to the United States' Motion to Stay Proceedings Pending Ruling on Motion to Dismiss, are deferred pending the resolution of the United States' Motion to Stay. If necessary, the Parties shall meet and confer upon resolution of the Motion to Stay to reschedule all deferred proceedings.

So ORDERED this 21st day of August 2007.

                                BY THE COURT:

                                s/Michael J. Watanabe
                                United States Magistrate Judge