IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00581-EWN-MJW

UNITED STATES OF AMERICA
ex rel. ROBERT G. BABB II,

        Plaintiff,

v.

NORTHROP GRUMMAN CORPORATION, et al.,

        Defendants.

## ORDER

Upon review of the Government's Motion To Seal, and finding good cause therefor, the Government's Motion to Seal is hereby GRANTED.

The Court ORDERS the following documents be placed under seal, *nunc pro tunc,* pending further order of this Court:

1. The United States' Motion to Strike Relator's Motion for Evidentiary Ruling, or in the Alternative to Seal the Motion and Extend the United States' Time to Respond; and,

2. The Relator's Motion for Evidentiary Ruling (Docket 121).

IT IS SO ORDERED.

Dated: October 22, 2007                          s/ Edward W. Nottingham
                                                          EDWARD W. NOTTINGHAM
                                                          UNITED STATES DISTRICT JUDGE