IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: November 29, 2007

Civil Action No. 06-cv-00581-EWN-MJW

*Parties:*

UNITED STATES *ex rel.*
ROBERT G. BABB II,

    Plaintiff, and

BRINGING THIS ACTION ON BEHALF
OF
THE UNITED STATES OF AMERICA,

    Plaintiffs,

v.

NORTHROP GRUMMAN
CORPORATION, and
NORTHROP GRUMMAN SPACE AND
MISSION SYSTEMS CORP.,

    Defendants.

Interested Party:

UNITED STATES

*Counsel:*

John Murphy

Gail Zirkelbach and Christopher Myers

Lisa Christian and J. Chris Larson

---

## COURTROOM MINUTES

---

**Status Conference**

**2:49 p.m.**     Court in session.

Appearances of counsel.

Discussion regarding handling of confidential information and motion to dismiss by United States because of classified information.

Discussion regarding death of Relator and impact to case.

Discussion regarding classified documents and procedures for handling/filing same.

Discussion regarding survivability of complaint in light of the Relator's death and possibility of substitution of plaintiff.

Discussion regarding stipulated motion for protective order.

**ORDERED: 1.**     **Plaintiff shall file a status report by December 21, 2007, including whether the action will be pursued, whether there may be substitution of plaintiff, or whether there may be a motion for dismissal without prejudice.**

**ORDERED: 2.**     **The case is stayed until the filing of the status report.**

**ORDERED: 3.**     **The United States' Motion for Protective Order Establishing Protocol for Relator's Future Filings (#129, filed November 16, 2007) is DENIED as moot.**

**ORDERED: 4.**     **The Relator/Plaintiff's Unopposed Motion for Extension of Time in Which to File Memorandum in Opposition to the Government's Motion to Dismiss (#133, filed November 20, 2007) is GRANTED in part as indicated orally by the court at this hearing.**

**ORDERED: 5.**     **The United States' Motion for Nunc Pro Tunc Order Approving Ex Parte Filing of Documents Lodged with the Court Security Officer (#131, filed November 16, 2007) is DENIED as moot. The motion may be renewed.**

**ORDERED: 6.**     **Counsel shall file a document reflecting appointment of Jennifer Campbell as the Court Security Officer on this case.**

Court directs counsel to complete signatures on the Stipulated Protective Order Establishing Protocol for Filings Concerning Motion to Dismiss tendered to the court and directs the clerk to file the order.

**3:16 p.m.**     Court in recess.

Hearing concluded.

Total time in court:  00:27