IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00581-EWN-MJW

UNITED STATES OF AMERICA
ex rel. ROBERT G. BABB II,

        Plaintiff,

v.

NORTHROP GRUMMAN CORPORATION, et al.,

        Defendants.

## STIPULATED PROTECTIVE ORDER ESTABLISHING PROTOCOL FOR FILINGS CONCERNING MOTION TO DISMISS

The parties stipulate to entry of the following order, to protect against the inadvertent disclosure of classified or sensitive information:

1. To mitigate the risk associated with any ~~further~~ inadvertent disclosures of classified or sensitive information, counsel for relator or defendants shall notify Jennifer Campbell of the Department of Justice Litigation Security Section or her designee ("Court Security Officer"), pursuant to instructions to be provided by the Court Security Officer, when the relator or defendants wish to file any document concerning possible dismissal of this case.

2. The Court Security Officer shall then retrieve the document from counsel, and provide a copy of the document to the United States, so that security officials from the interested government entity may review the document for classified or sensitive information. After the completion of that review, the United States shall notify the Court Security Officer of whether the document contains classified or sensitive information and advise the officer about the proper

handling of the document. If the document does not contain classified or sensitive information, the United States shall advise the Court Security Officer that the document may be publicly filed through the ECF system.

3. Both the relator and defendants shall meet any applicable filing deadline by notifying the Court Security Officer prior to the filing deadline that the document is ready for pick-up. The time to respond to the document will begin to run from the time the document is filed on the ECF system (after completion of the classification review).

4. This order shall not be construed as authority to receive, process or disclose classified information.

IT IS SO STIPULATED.

          JEFFREY S. BUCHOLTZ
          Acting Assistant Attorney General

          TROY A. EID
          United States Attorney

By: _____
          LISA A. CHRISTIAN
          Assistant United States Attorney
          1225 17th Street, 7th Floor
          Denver, CO 80202
          (303) 454-0100

By: _____
          JOYCE R. BRANDA
          J. CHRIS LARSON
          Attorneys, Department of Justice
          Civil Division
          P.O. Box 261, Ben Franklin Station
          Washington, DC 20044
          Tel: (202) 616-8132

          Attorneys for United States of America

Dated: 11/29/07

*(signature)*
JOHN F. MURPHY
1324 Asylum Avenue
Hartford, CT 06105
(860) 523-5065
Attorney for Relator

Dated: 11/29/97

*(signature)*
GAIL D. ZIRKELBACH
Jackson Kelly PLLC
1099 18th Street, #2150
Denver, CO 80202
(303) 390-0177
Attorneys for Defendants

IT IS SO ORDERED.

Dated: 11/29/07

*(signature)*
EDWARD W. NOTTINGHAM
United States District Judge

3