IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–00581–EWN–MJW

UNITED STATES *ex rel.*
JENNIFER J. FAY,

Plaintiff,

v.

NORTHROP GRUMMAN CORPORATION, and
NORTHROP GRUMMAN SPACE AND MISSION
SYSTEMS CORPORATION,

Defendants.

---

## ORDER AND MEMORANDUM OF DECISION

---

This is a case arising under the False Claims Act. Relator Jennifer J. Fay, executrix of the estate of Robert G. Babb, II, Ph.D., brings this suit on behalf of the United States Government, alleging that Defendants Northrop Grumman Corporation and Northrop Grumman Space Mission Systems Corporation committed various acts of fraud in connection with a government contract in violation of the False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq.* This matter is before the court on "United States' Motion to Dismiss," filed October 31, 2007. This court has jurisdiction pursuant to 28 U.S.C. § 1331 and 31 U.S.C. § 3732(a).

*** TEXT OMITTED ***

3.  *Conclusion*

Based on the foregoing it is therefore ORDERED that:

1. The GOVERNMENT's motion (#127) to dismiss is GRANTED.

2. The clerk shall forthwith dismiss Relator's claims with prejudice as to Relator and without prejudice as to the Government.

3. All other motions pending in this matter are denied as moot.

Dated this 25th day of March, 2008

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge